IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NADIA WINSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| COURTNEY CROY, SHANNON | § | |
| EBARB, MELANIE EDWARDS, | § | |
| ASHLEY FULLER, CQUOKEYSHA | § | Civil Action No. _____ |
| GARNER, ROBERT GOFF, JENNIFER | § | |
| GROUNDS, DUSTY HOLLEY, | § | |
| RODERICK KING, STACEY KLUTTZ, | § | |
| SHANNON MCMAHAN, SARAH | § | |
| SCRANTON-CONNOR, KYLIE | § | |
| ROBINSON, CHUCK SIBLEY, AND | § | |
| SHATARA WALKER, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Courtney Croy, Melanie Edwards, Ashley Fuller, Cquokeysha Garner, Robert Goff, Jennifer Grounds, Dusty Holley, Shannon McMahan, Sarah Scranton-Connor, Kylie Robinson, and Chuck Sibley (collectively the School District Defendants), remove Cause No. 004-00361-2024 (the State Court Action) from the County Court at Law of Collin County, Texas, to the United States District Court for the Eastern District of Texas, Sherman Division, and would respectfully show the Court as follows:

**I.      SUMMARY OF STATE COURT ACTION**

1.      Plaintiff Nadia Winston filed suit against fifteen named Defendants on January 25, 2024. Plaintiff is proceeding *pro se*. While her Petition does not meet the federal notice pleading requirements, the Petition does set forth various claims arising under federal law. To that end, Plaintiff's Petition includes the claims against the School District Defendants for race

discrimination claims, disability discrimination claims, claims arising under the 14th Amendment, which should be asserted via 42 U.S.C. § 1983, and violation of the Individuals with Disabilities Education Act (IDEA). In addition, even though Plaintiff filed her Petition in state court, she did so on a federal complaint form and "checked" the "federal question" box.

2.      Plaintiff served Courtney Croy and Charles (Chuck) Sibley on February 2, 2024, Cquokeysha Garner on January 31, 2024, and Melanie Edwards, Ashley Fuller, Robert Goff, Jennifer Grounds, Dusty Holley, Shannon McMahan, Sarah Scranton-Connor, and Kylie Robinson, on January 30, 2024. As such, this removal is timely pursuant to 28 U.S.C. § 1446(b). Defendants Shannon Ebarb, Roderick King, Stacy Kluttz, and Shatara Walker have not been served. None of the Defendants have filed any papers in the State Court Action.

## II.      JURISDICTION

3.      The State Court Action is removal under 28 U.S.C. § 1441 on the basis of federal question jurisdiction. Any civil action brought in a state court may be removed without regard to the citizenship of the parties when the district courts of the United States have original jurisdiction.[1] District courts of the United States have original jurisdiction over all civil actions arising under the Constitution and laws of the United States.[2]

4.      Plaintiff's Complaint contains claims arising under federal law, specifically 42 U.S.C. § 1983 and the IDEA. While not explicitly stated, Plaintiff's race discrimination and disability discrimination claims also likely arise under federal law. Because at least some of Plaintiff's claims arise under federal statutes, the action is removable, and the United States District Court for the Eastern District of Texas, Sherman Division has jurisdiction.[3]

---

[1] 28 U.S.C.§ 1441(a)
[2] 28 U.S.C.§ 1446
[3] *See* 28 U.S.C.§ 1441(a)

5.      Moreover, the Court has jurisdiction over the entirety of the State Court Action, because the remaining state law claims arise out of "a common nucleus of operative facts" as the federal claims.[4] Specifically, all claims are based on Plaintiff's allegations regarding the alleged discrimination against her children, along with the alleged violation of their constitutional rights.

6.      As stated in statute, the remaining claims are "so related" to the federal constitutional claims "that they form part of the same case or controversy" and give the Court supplemental jurisdiction over those claims.[5] It follows that the entire State Court Action is removable.

7.      In accordance with 28 U.S.C. § 1446(b)(2)(A), the School District Defendants all consent to the removal of the State Court Action. Defendants Shannon Ebarb, Roderick King, Stacy Kluttz, and Shatara Walker have not been served.

### III.    REMOVAL REQUIREMENTS

8.      Filed simultaneously herewith is an index of the process and pleadings from the State Court Action, copies of all documents filed in the State Court Action, a certified copy of the State Court Action docket sheet, and a certificate of interested persons.

WHEREFORE, PREMISES CONSIDERED, Defendants Courtney Croy, Melanie Edwards, Ashley Fuller, Cquokeysha Garner, Robert Goff, Jennifer Grounds, Dusty Holley, Shannon McMahan, Sarah Scranton-Connor, Kylie Robinson, and Chuck Sibley respectfully request that the State Court Action be removed to this Court for trial and determination, that all further proceedings in the State Court Action be stayed, and that the District have all additional relief to which it may be justly entitled.

---

[4] *See United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966).
[5] *See* 28 U.S.C. § 1367(a).

Respectfully submitted,


By: /s/Meredith Prykryl Walker
     Meredith Prykryl Walker
     State Bar No. 24056487

WALSH GALLEGOS KYLE
ROBINSON & ROALSON P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

ATTORNEYS FOR COURTNEY CROY,
MELANIE EDWARDS, ASHLEY
FULLER, CQUOKEYSHA GARNER,
ROBERT GOFF, JENNIFER GROUNDS,
DUSTY HOLLEY, SHANNON
MCMAHAN, SARAH SCRANTON-
CONNOR, KYLIE ROBINSON, AND
CHUCK SIBLEY

## CERTIFICATE OF SERVICE

On February 22, 2024, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Nadia Winston
1200 N. Tennessee St. #2205
McKinney TX  75069
Winstonnadia30@gmail.com


/s/ Meredith Prykryl Walker
Meredith Prykryl Walker