UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NADIA WINSTON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00155-SDJ-AGD |
| | § | |
| COURTNEY CROY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 20, 2024, the Report and Recommendation of the Magistrate Judge, (Dkt. #10), was entered containing proposed findings of fact and the recommendation that Plaintiff's case be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). No Party filed objections to the Report. Having assessed the Report and the record in this case, Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. Accordingly,

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 13th day of September, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE